EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 112 |
| | |
| Raúl A. Reichard Hernández | 182 DPR ____ |

Número del Caso: TS-17250

Fecha: 5 de agosto de 2011

Abogado de la Parte Peticionaria:

        Lcdo. Kermit Ortiz Morales

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Raúl A. Reichard Hernández

TS-17,250

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señores Rivera García y Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de agosto de 2011.

Examinada la *Solicitud de Reinstalación como Abogado,* presentada por el peticionario, Raúl A. Reichard Hernández, se le reinstala al ejercicio de la abogacía con un apercibimiento para que no vuelva a incurrir en conducta similar en ocasiones futuras.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina